IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **APACHE INDUSTRIAL UNITED, INC.**, *Plaintiff*<br><br>v.<br><br>**JEREMY LICHTERMAN; GARY MARTIN; SPECIALTY CONTRACTING SERVICES TECHNOLOGIES, LLC**, *Defendants* | **CIVIL ACTION**<br><br>NO. 23-4096 |

## ORDER DENYING MOTIONS TO DIMISS

**AND NOW**, this 2nd day of February, 2024, after reviewing Defendants' Motions to Dismiss (ECF 15, ECF 16) Plaintiff's Responses (ECF 22, ECF 23), and Defendants' Replies (ECF 24, ECF 26), this Court **DENIES** Defendants' Motions.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 23O:\CIVIL 23\23-4096 Apache Indus v. Lichterman\23cv4096 Order Denying MTD.doc23-4096 Apache Indus v. Lichterman\23cv4096 Order of Clarification.doc